UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE:  DaShaun A. Watkins                                                                 Case Number 19-10262-LMI

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows (If this case is dismissed, this deficiency is an objection to reinstatement until all documents are received or all issues are addressed):

WRITTEN RESPONSE TO ISSUES RAISED AND/OR DOCUMENTS REQUESTED MUST BE <u>RECEIVED</u> BY 5PM AT LEAST FIFTEEN DAYS (NOT INCLUDING HOLIDAYS) PRIOR TO THE CONFIRMATION HEARING TO AVOID DISMISSAL. Please note: documents that were not timely filed/received by the trustee may not be considered as there is not sufficient time for an additional review of this case. **Call the Trustee's case administration department prior to "re-sending" documents.** *The Trustee reserves the right to raise additional objections UNTIL all documents are timely provided to the Trustee and reviewed for possible issues raised and additional documents needed.*

*<u>The debtor or debtor's attorney must appear at the confirmation hearing even if they pre-hear with the Trustee.</u>* **The debtor may be dismissed for failure to fund the plan if they are delinquent in payments. The Court may dismiss this case if no one appears to represent the debtor at the confirmation hearing.**

> IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE LAST BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO SEEK A RESOLUTION OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR. **The Trustee objects to the appearance of coverage counsel if her recommendation is contested.**

===============================================================================

**Recommendation for May 7, 2019 hearing.** (Reviewed documents received as of 4/21/2019)

Plan served 2/14
Dismiss
Debtor failed to: a) Ch 7 is $4,927.20, b) income understated spouse's income is not on CMI and files separate tax returns, c) reaffirm, redeem, surrender all creditors on Schedule D, MDC Tax Collector and Roof Depot, d) Motion to Value not filed, e) payoff of vehicles, f) 3 months pre-petition bank statements, g) copy of 401K, h) WDO or motion to waive, i) obj/conform to Claim #3 (filed 4/11)
\*\*Creditor in plan has not filed POC MTG Cap Partners, JPL Investment, Local Fin
CR OBJ (29) Mortgage Capital will file POC

*Unresolved issues must be addressed and missing documents received immediately. Hearings will not be continued for late, missing or incomplete documents. Documents received by MONDAY 4/29 may be discussed in pre-hearing. Pre-call regarding legal issues as soon as possible. Pre hearing regarding documents after sent. Documents received after MONDAY 4/29 will be reviewed at the motion to reinstate.*

*I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.*

                                        Submitted by
                                        *NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE*
                                        *P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402*

**\*\*\*\*The Trustee objects to the appearance of coverage counsel if her recommendation is contested\*\*\*\***