**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                              Case No. 19-10262-LMI
DaShaun A. Watkins,                                       Chapter 13

    Debtor.
_____/

**DEBTOR'S MOTION TO EXTEND TIME TO COMPLY WITH TRUSTEE'S**
**NOTICE OF DELINQUENCY**

COMES NOW the Debtor, DaShaun A. Watkins, by and through the undersigned counsel, and files this Motion to Extend Time to Comply With the Trustee's Notice of Delinquency and states as follows:

1. This case was filed on January 8, 2019 under Chapter 13.

2. The Debtor is curing the arrears owed to the mortgage on her homestead through her Chapter 13 Plan.

3. The Trustee filed a Notice of Delinquency on January 23, 2023 at ECF No. 151.

4. On March 2 the Debtor paid the amount listed in the Notice of Delinquency, $2,772.24 and the Trustee has received those funds. However, due to a misunderstanding, the Debtor did not send the payment due for February and also did not send the payment due yesterday.

5. The Debtor has now provided her undersigned counsel a copy of a cashier's check for $1,646.48, which is the balance due to the trustee as of today, and only needs additional time for the Trustee to receive those funds.

6. The Debtor would like to avoid dismissal and believes a brief extension of the deadline under the Notice of Delinquency would benefit all parties as the Trustee would be able to continue to disburse payments to the creditors.

WHEREFORE, the Debtors respectfully request the relief requested herein and any other relief this Honorable Court may deem just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via CM/ECF upon filing to: Office of the U.S. Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130; Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 on March 9, 2023.

Louis A. Hernandez, PA
Attorney for the Debtor
3785 NW 82nd Avenue
Suite 417
Miami, Florida 33166
(305) 961-1157

By:    /s/ Louis A. Hernandez
Louis A. Hernandez, Esq.
FL Bar No. 636282