# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:  
DaShaun A. Watkins,

Case No. 19-10262-LMI  
Chapter 13

    Debtor.  
_____/

## DEBTOR'S MOTION TO EXTEND TIME TO COMPLY WITH TRUSTEE'S NOTICE OF DELINQUENCY

COMES NOW the Debtor, DaShaun A. Watkins, by and through the undersigned counsel, and files this Motion to Extend Time to Comply With the Trustee's Notice of Delinquency and states as follows:

1. This case was filed on January 8, 2019 under Chapter 13.

2. The Debtor is curing the arrears owed to the mortgage on her homestead through her confirmed Chapter 13 Plan.

3. The Trustee filed a Notice of Delinquency on March 15, 2024, at ECF No. 162.

4. The Debtor has now provided her undersigned counsel a cashier's check for $3,193.12, which brings the Debtor current with all payments due under her Chapter 13 Plan as of today.

5. The undersigned has mailed the cashier's check to the Trustee, but the Debtor only needs additional time for the Trustee to receive the check.

6. The Debtor would like to avoid dismissal and believes a brief extension of the deadline under the Notice of Delinquency would benefit all parties as the Trustee would be able to continue to disburse payments to the creditors.

WHEREFORE, the Debtors respectfully request the relief requested herein and any other relief this Honorable Court may deem just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: April 29, 2024.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via CM/ECF upon filing to: Office of the U.S. Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130; Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027 on April 29, 2024.

>Louis A. Hernandez, PA
>Attorney for the Debtor
>3785 NW 82nd Avenue
>Suite 417
>Miami, Florida 33166
>(305) 961-1157
>
>By:   /s/ Louis A. Hernandez
>Louis A. Hernandez, Esq.
>FL Bar No. 636282