United States Bankruptcy Court

Southern District of Florida

In re:  Case No. 19-10262-LMI
DaShaun A. Watkins  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1      User: admin      Page 1 of 3
Date Rcvd: Dec 27, 2024      Form ID: CGFD44      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DaShaun A. Watkins, 16131 NW 18th Court, Opa Locka, FL 33054-2151 |
| cr | + | Mortgage Capital Partners, LLC, c/o Nicole Mariani Noel, P.O. Box 800, Tampa, FL 33601-0800 |
| 95109397 | + | #2172 GREEN GULF GROUP CO, c/o JOSE PICO, 8724 SW 72 ST #382, MIAMI, FL 33173-3512 |
| 94927160 | + | Green Gulf Group Co., 8724 SW 72nd Street, Ste 382, Miami, FL 33173-3512 |
| 94927161 | + | JPL Investment Group, 780 NW 42nd Avenue, Suite 300, Miami, FL 33126-5536 |
| 94872397 | | Local Finance Company, 21000 Nw2nd Ave, Miami, FL 33169 |
| 94872398 | + | Mortgage Capital Partners, LLC, 1835 NE Miami Gardens Drive, #193, Miami, FL 33179-5035 |
| 95046178 | + | Mortgage Capital Partners, LLC, Steve Meister, c/o Meister Financial Group, Inc., 1835 NE Miami Gardens Drive, Box #193, North Miami Beach, FL 33179-5035 |
| 95046176 | | Mortgage Capital Partners, LLC, Steve Meister, c/o Financial Group, Inc., North Miami, FL 33179 |
| 94872400 | + | Roof Depot USA, 5400 NW 37th Avenue, Miami, FL 33142-2716 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Dec 28 2024 03:21:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 27 2024 22:37:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | | Email/Text: wendy.montoya@miamidade.gov | Dec 27 2024 22:36:00 | Miami Dade County Tax Collector, 200 NW 2 AVE, #430, MIAMI, FL 33128 |
| 94872386 | + | Email/Text: bncnotifications@pheaa.org | Dec 27 2024 22:36:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 94872388 | | Email/Text: ebn@americollect.com | Dec 27 2024 22:37:00 | Americollect, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 94872387 | | EDI: AIS.COM | Dec 28 2024 03:24:00 | American Info Source/, Midland Funding, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 94872389 | + | EDI: BANKAMER | Dec 28 2024 03:21:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 94872390 | + | EDI: CAPIO.COM | Dec 28 2024 03:21:00 | Capio Partners, LLC, Attn: Bankruptcy, 2222 Texoma Parkway, Suite 150, Sherman, TX 75090-2481 |
| 94872391 | + | EDI: MAXMSAIDV | Dec 28 2024 03:21:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 94872392 | | Email/Text: bankruptcycourts@equifax.com | Dec 27 2024 22:36:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 94872393 | ^ | MEBN | Dec 27 2024 22:32:01 | Experian, PO Box 2002, Allen, TX 75013-2002 |
| 94872394 | + | EDI: CBS7AVE | Dec 28 2024 03:24:00 | Ginnys/Swiss Colony, Inc., Attn: Bankruptcy, |

| District/off: 113C-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: CGFD44 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | 1112 7th Avenue, Monroe, WI 53566-1364 |
| 94872395 | + | EDI: IRS.COM | Dec 28 2024 03:21:00 | Internal Revenue Service, 2970 Market Street, Philadelphia, PA 19104-5002 |
| 94872396 | + | Email/Text: Bankruptcynotices2@kasslaw.com | Dec 27 2024 22:36:00 | Kass, Shuler, P.A., PO Box 800, Tampa, FL 33601-0800 |
| 95041035 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 22:48:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 94927159 | + | Email/Text: wendy.montoya@miamidade.gov | Dec 27 2024 22:36:00 | Miami-Dde County Tax Collector, 200 NW 2nd Ave., Suite 430, Miami, FL 33128-1733 |
| 94872399 | | EDI: GMACFS.COM | Dec 28 2024 03:21:00 | National Auto Finance Company, PO Box 130424, Saint Paul, MN 55113-0004 |
| 94985363 | | EDI: MAXMSAIDV | Dec 28 2024 03:21:00 | Navient Solutions, LLC obo the dept of education, Navient Solutions, LLC obo, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 94898089 | | EDI: AIS.COM | Dec 28 2024 03:24:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 94872401 | ^ | MEBN | Dec 27 2024 22:31:52 | Transunion, PO Box 1000, Chester, PA 19016-1000 |
| 94872402 | + | Email/Text: ebn@unique-mgmt.com | Dec 27 2024 22:37:00 | Unique National Collection, 119 E Maple Streeet, Jeffersonville, IN 47130-3439 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 94872403 | *+ | United States of America, c/o US Attorney, SDFL, 99 NE 4th Street, Miami, FL 33132-2145 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jessica Clemente | on behalf of Creditor Mortgage Capital Partners LLC jessica.clemente@hwhlaw.com, tricia.elam@hwhlaw.com |
| Louis Hernandez | on behalf of Debtor DaShaun A. Watkins louishernandezpa@gmail.com |

| District/off: 113C-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: CGFD44 | Total Noticed: 31 |

Nancy K. Neidich
    e2c8f01@ch13miami.com  ecf2@ch13miami.com

Nicole M Noel
    on behalf of Creditor Mortgage Capital Partners  LLC bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 5

CGFD44 (4/23/19)



ORDERED in the Southern District of Florida on December 27, 2024

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 19−10262−LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

DaShaun A. Watkins
aka DaShaun Ashanti Watkins

16131 NW 18th Court
Opa Locka, FL 33054

SSN: xxx−xx−6364

## ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

### #

*Page 2 of 2*